No. 253. FAITH LUTHERAN CHURCH, Respondent, v. CHARLES EDWARD STADE & ASSOCIATES, Appellant: HOEPPNER-BARTLETT COMPANY, INC., Defendant.

(Also reported in 221 N. W. 2d 920.)

The cause was submitted for the appellant on the briefs of *William A. Adler* and *Adler, LaFave & Johnson,* all of Eau Claire, and for the respondent on the brief of *Russell R. Falkenberg* of Cadott.

The appeal is dismissed.

No. 258. OUDENHOVEN, Respondent, v. NISHIOKA, Appellant.

(Also reported in 221 N. W. 2d 921.)

The cause was submitted for the appellant on the brief of *Welsh, Trowbridge, Planert & Schaefer* of Green Bay, and for the respondent on the brief of *Allan Cain* of Appleton.

Order affirmed.